THE STATE EX REL. MAY, APPELLANT, *v.* HENDON, JUDGE, ET AL., APPELLEES.

[Cite as *State ex rel. May v. Hendon* (1993), 66 Ohio St.3d 3.]

(No. 92–2327—Submitted January 12, 1993—Decided February 10, 1993.)

---

*Morris May, pro se.*

*Joseph T. Deters,* Prosecuting Attorney, and *Mark G. Waters,* Assistant Prosecuting Attorney, for appellees.

---

The judgment of the court of appeals is affirmed.

MOYER, C.J., A.W. SWEENEY, DOUGLAS, WRIGHT, RESNICK, F.E. SWEENEY and PFEIFER, JJ., concur.